# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00154-CV
NO. 03-13-00155-CV

**Carolyn Barnes, Appellant**

**v.**

**Velocity Credit Union, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NOS. 12-1288-C277 & 12-0459-T277, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

In trial court cause number 12-0459-T277, appellant Carolyn Barnes asserted claims against defendants that included appellee Velocity Credit Union. Velocity subsequently obtained a summary judgment against Barnes, and the district court, on Velocity's motion, severed Barnes's claims against Velocity into a separate cause number, 12-1288-C277, making the summary judgment final. Barnes filed a notice of appeal referencing both cause numbers, which were docketed as separate appeals—03-13-00154-CV for the appeal from trial court cause number 12-1288-C277, and 03-13-00155-CV for the appeal from trial court cause number 12-0459-T277.

Indicating that trial court cause number 12-1288-C277 is the intended subject of her appeal, Barnes has moved that we consolidate the two appellate causes into 03-13-00154-CV (the appeal from 12-1288-C277) and dismiss appellate cause 03-13-00155-CV. Velocity agrees that only trial court cause number 12-1288-C277 is the subject of Barnes's appeal and does not

object to consolidation. We therefore grant Barnes's motion and consolidate appellate cause number 03-13-00155-CV into cause number 03-13-00154-CV. The record and all filings from cause number 03-13-00155-CV are transferred into cause number 03-13-00154-CV, and cause number 03-13-00155-CV is dismissed.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

03-13-00154-CV        Consolidated

03-13-00155-CV        Dismissed

Filed:   May 17, 2013